**AMERICAN EMPLOYERS' INSURANCE COMPANY, Defendant-Appellant, v. Henry G. MONTGOMERY, Plaintiff-Appellee.** *

**AMERICAN EMPLOYERS' INSURANCE COMPANY, Defendant-Appellant, v. Henry G. MONTGOMERY, Plaintiff-Appellee.**

**UNITED STATES CASUALTY COMPANY, Defendant-Appellant, v. Henry G. MONTGOMERY, Plaintiff-Appellee.**

Nos. 6728–6730.

Circuit Court of Appeals, Third Circuit.

Feb. 6, 1939.

James M. Malloy, of Wilmington, Del., Satterlee & Canfield, of New York City (R. Randolph Hicks, of New York City, of counsel), for appellants.

Richards, Layton & Finger, of Wilmington, Del., and Ehlermann & Crawford, of New York City (Aaron Finger, of Wilmington, Del., and Thomas J. Crawford, of New York City, of counsel), for appellee.

Before BIGGS, MARIS, and CLARK, Circuit Judges.

PER CURIAM.

The judgments of the court below entered respectively in the three above entitled cases are affirmed upon the opinions of Judge Nields reported in 15 F.Supp. 665 and 22 F.Supp. 476.

**Carl W. BELL, Appellant, v. Gurney P. HOOD, Commissioner of Banks of the State of North Carolina, ex rel. NORTH CAROLINA BANK & TRUST COMPANY, Appellee.**

No. 4432.

Circuit Court of Appeals, Fourth Circuit.

Jan. 27, 1939.

*Rehearing denied March 16, 1939.

J. M. Broughton and Douglass & Douglass, all of Raleigh, N. C., for appellant.

Oscar Leach, of Raleigh, N. C., for appellee.

PER CURIAM.

Case entered dismissed at cost of appellant, in accordance with agreement of the parties under Rule 23.

**THE BELIZE.**

**THE NIDAREID.**

**KROGSTADS DAMPSKIBSREDERI A/S, as Owner of the Norwegian Steamship The Nidareid, Libelant-Appellant, v. STEAMSHIP OWNERS OPERATING COMPANY, Inc., Respondent-Appellee.**

**REDERIAKTIESELSKABET NIDAROS, as Owner of the Norwegian Steamship The Belize, Libelant-Appellant, v. STEAMSHIP OWNERS OPERATING COMPANY, Inc., Respondent-Appellee.**

No. 219.

Circuit Court of Appeals, Second Circuit.

Feb. 6, 1939.

Haight, Griffin, Deming & Gardner, of New York City (Herbert M. Statt, of New York City, of counsel), for appellants.

Bingham, Englar, Jones & Houston, of New York City (Richard F. Shaw, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Appeal, 25 F.Supp. 663, dismissed on the authority of Schoenamsgruber v. Hamburg American Line, 294 U.S. 454, 55 S.Ct. 475, 79 L.Ed. 989.